**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| CRAIG HATFIELD, on behalf of himself, and all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | Case No.: |
| v. | ) ) ) | |
| CVS HEALTH CORPORATION, | ) ) | JURY TRIAL DEMANDED |
| Defendant. | ) ) | |

**CLASS ACTION COMPLAINT**

**INTRODUCTION**

1.     Plaintiff Craig Hatfield (the "Plaintiff"), on behalf of himself and all other consumers who purchased CVSHealth Maximum Strength Mucus Extended Release products during the relevant period bring this action against Defendant, CVS Health Corporation ("Defendant" or "CVS"), as a Class Action for: Count I, violating the Illinois Consumer Fraud Act ("ICFA") and Uniform Deceptive Trade Practices Act ("UDTPA") as an unfair practice; and Count II, Unjust Enrichment, to recover damages against Defendant for unfairly selling adulterated Maximum Strength Mucus Extended Release products to Plaintiff and all other consumers.

2.     These claims are based on the Defendant selling its store brand Maximum Strength Mucus Extended Release products, a generic version of Maximum Strength Mucinex, that is economically worthless because the products' ingredients included a carbomer made with benzene.

3.     Carbomers are an ingredient used in a variety of over the counter medicines and some carbomers are made without benzene and some carbomers are made with benzene and contain benzene. Carbomers without benzene and carbomers with benzene can be used

1

interchangeably but carbomers with benzene are cheaper to purchase.

4.      The FDA issued guidance to companies about unnecessarily exposing consumers to benzene by using carbomers with benzene as an ingredient in over the counter ("OTC") drugs.

5.      The brand name version, Mucinex Maximum Strength are manufactured with a carbomer that does not contain benzene because benzene is not a medically necessary competent of the medication.

## PARTIES

6.      Plaintiff Craig Hatfield is a resident and citizen of Cook County, Illinois who purchased CVSHealth Maximum Strength Mucus Extended Release at least once from a CVS store in Chicago, Illinois between April 2022 and February 2025.

7.      Defendant CVS Health Corporation, who sells its Maximum Strength Mucus Extended Release products online and in stores, is incorporated in Delaware, and with its principal place of business in Rhode Island.

## JURISDICTION AND VENUE

8.      This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §1332(d)(2) and the Class Action Fairness Act because (i) Plaintiff is a citizen of Illinois, Defendant CVS Health Corporation is incorporated in Delaware with its principal place of business in Rhode Island; (ii) there at least 100 putative class members; and (iii) the amount in controversy exceeds $5,000,000, exclusive of interest and costs.

9.      Venue is proper in this judicial district pursuant to 28 U.S.C. §1391 because (i) the Defendants are subject to personal jurisdiction in this judicial district because they transact business in this district and committed a tortious act within this district; and (ii) a substantial part of the events giving rise to Plaintiffs' and the Class's claims occurred in this judicial district.

## FACTUAL ALLEGATIONS

10.     **CVS Sold Adulterated Cough and Mucus Relief Extended Release Products That Unfairly contained Benzene to Plaintiff and the Class.** During the relevant period, Plaintiff purchased CVS Health Maximum Strength Mucus Extended Release at the CVS store where he regularly shops in Chicago, Illinois at least once between April 2022 and February 2025.

11.     Plaintiff purchased a  Maximum Strength Mucus Extended Release product similar to the 42 count bottle pictured below:



12.     Plaintiff reasonably expected that CVS's generic Maximum Strength Mucus Extended Release was safe, unadulterated, and the same or similar to the brand name Mucinex.

13.     Defendant directly invites Plaintiff and other consumers to compare its product to the brand name version further cementing in consumers mind that the Defendant's generic

version and the brand name are similarly safe.

14.     However, Plaintiff later learned that all CVSHealth Maximum Strength Mucus Extended Release sold during the time that he purchased the products, included benzene, a known human carcinogen that is unsafe at any amounts, because all of the Defendant's Maximum Strength Extended Release products included a carbomer with benzene.[1]

15.     The brand name version of the drug, Mucinex Maximum Strength, uses a carbomer that is not made with benzene.[2]

16.     The Defendant's use of a carbomer made with benzene violated both federal and state law for current good manufacturing practices.

17.     Maximum Strength Mucus Extended Release products are considered over the counter drugs that are regulated by the FDA.

18.     The FDA requires over the counter drugs to be safe and effective and companies are subject to Current Good Manufacturing Practices ("CGMP") that require products to meet quality, purity, identity, strength and other standards at all phases of the design, manufacture, and distribution chain. 21 U.S.C. § 351(a)(2)(B); 21 C.F.R. §210.1(a).

19.     The Illinois Food, Drug, and Cosmetic Act's ("IL FDCA") definition of adulterated at 410 ILCS 620/14 is exactly the same as the federal Food, Drug, and Cosmetic Act's ("FDCA") definition and the IL FDCA tracks the federal law:

> [I]f it is a drug and the methods used in, or the facilities or controls used for, its manufacture, processing, packing or holding do not conform to or are not operated or administered in conformity with current good manufacturing practice to assure that such drug meets the requirements of the Act as to safety and has the identity and strength and meets the quality and purity characteristics which it purports or is represented to possess; or (3) if it is a drug and its container is

---

[1] Anna Edney "Cancer-Causing Benzene Is Used to Make Store-Brand Cold Relief Medicine" Bloomberg August 12, 2024, CVS, Walmart, Walgreens Brand Mucinex May Contain Cancer-Causing Benzene - Bloomberg (accessed June 3, 2025). Ex. 1.
[2] *Id.*

4

composed, in whole or in part, of any poisonous or deleterious substance which may render the contents injurious to health;…

20.     Any drug not manufactured in accordance with CGMPs is adulterated and may not be distributed or sold in the United States. An adulterated product is economically worthless. 21 U.S.C. §§ 331(a), 351(a)(2)(B).

21.     Currently, FDA guidance limits benzene to 2 ppm in a product if its use in the manufacturing process is unavoidable. If benzene use is avoidable then the FDA guidance does not permit its presence.[3]

22.     Benzene is avoidable[4] in the production of Maximum Strength Mucus Extended Release medicine and the Defendants use of a carbomer made with benzene renders its Maximum Strength Mucus Extended Release products adulterated. *See* 410 ILCS 620/14; *See also* 21 U.S.C. § 351(a)(1).

23.     In response to the report, a CVS spokesperson stated that CVS would work with its manufacturers to ensure that the Defendant's products would not use a carbomer made with benzene.[5]

24.     Upon information and belief, CVS continued to sell the adulterated products in its stores and online for several months.

25.     CVS did not offer refunds to consumers who purchased the adulterated products.

26.     As a seller of an over the counter drug, Defendant had a duty to ensure that its Products were not adulterated, including through regular testing, before selling them to consumers for use.

---

[3] "FDA Alerts Drug Manufacturers to the Risk of Benzene Contamination in Certain Drugs" FDA February 24, 2025, FDA alerts drug manufacturers to the risk of benzene contamination in certain drugs | FDA (accessed June 3, 2025).
[4] *Supra.* Fn. 1
[5] Katie Smith "Cancer-causing Benzene Found in Some Generic Cold Medicine" NewsNation August 19, 2024, Cancer-causing benzene found in some generic cold medicine (accessed June 3, 2025).

27.     Plaintiff would not have purchased Defendant's Maximum Strength Mucus Extended Release products had he known the products were adulterated and contained benzene, a known human carcinogen.

28.     **Benzene Is a Highly Regulated Human Carcinogen That Is Dangerous at Any Amounts.** Benzene is a known human carcinogen that causes a variety of diseases even at low levels of exposure.

29.     The World Health Organization and the Department of Health and Human Services have classified benzene as a carcinogenic to humans.[6]

30.     The CDC warns that benzene exposure "can cause bone marrow not to produce enough red blood cells, which can lead to anemia. Also, it can damage the immune system by changing blood levels of antibodies and causing the loss of white blood cells."[7]

31.     Due to its highly carcinogenic effects, studies of benzene exposure have concluded "there is probably no safe level of exposure to benzene, and all exposures constitute some risk in a linear, if not superlinear, and additive fashion."[8]

32.     In light of the potential adverse health effects from even low levels of benzene exposure; benzene, products made with benzene, and any component of a product made with benzene are highly regulated.

33.     Due to the dangers of even low levels of exposure, the FDA warned that companies should evaluate their products for the presence of benzene in their products including

---

[6] *See* World Health Organization "Chemical Safety and Health", Chemical Safety and Health. *See also* Department of Health and Human Services, "15th Report on Carcinogens", Listed Substances; 15th RoC 2021.
[7] "Benzene Chemical Fact Sheet", CDC September 6, 2024, Benzene | Chemical Emergencies | CDC (accessed June 3, 2025).
[8] Martyn T. Smith "Advances in Understanding Benzene Health Effects and Susceptibility" Annual Reviews April 2010, Advances in Understanding Benzene Health Effects and Susceptibility | Annual Reviews (accessed June 3, 2025).

from *any component of a drug product* due to it unacceptable toxicity effect.[9]

34.     The FDA limits benzene use to situations were it is unavoidable, and even then the FDA's guidance limits benzene to 2 parts per million.[10]

35.     The FDA has warned that many carbomers used as ingredients in over the counter drugs are made with benzene, including many that exceed the limit of 2 ppm, and companies should ensure the use of carbomers that are not made with benzene.[11]

## Class Action Allegations

36.     Plaintiffs for themselves and the class, repeat and reallege the facts and allegations contained in paragraphs 1 through 35 above, as if fully set forth herein.

37.     This action may be maintained as a class action pursuant to Federal Rule of Civil Procedure Rule 23.

38.     Plaintiffs bring this action for themselves and as a representative members for a class defined as:

> All persons and entities that purchased CVSHealth Maximum Strength Mucus Extended Release products in Illinois and states with similar consumer protection statutes during the relevant period.

39.     <u>Numerosity</u>. The proposed class is so numerous that the individual joinder of all members is impracticable. While the exact number and identities of the class members are unknown to Plaintiff at this time, Defendant operates hundreds of locations nationwide, including hundreds in Illinois, and sells thousands of its Maximum Strength Mucus Extended Release products each month.

---

[9] FDA Alerts Drug Manufacturers to the Risk of Benzene Contamination in Certain Drugs" FDA February 24, 2025, FDA alerts drug manufacturers to the risk of benzene contamination in certain drugs | FDA (accessed June 3, 2025).
[10] *Id.*
[11] "Reformulating Drug Products That Contain Carbomers Manufactured With Benzene" FDA December 27, 2023, Reformulating Drug Products That Contain Carbomers Manufactured With Benzene | FDA (accessed June 3, 2025).

40.     <u>Existence of Common Questions of Law and Fact</u>. Questions of law or fact exist that arise from the Defendants' actions; such questions are common to all class members and predominate over any questions affecting only individual members of the class including:

     a.  whether the Defendant sold adulterated Maximum Strength Mucus Extended Release;

     b.  whether the Defendant selling adulterated Maximum Strength Mucus Extended Release products is an unfair business practice;

     c.  whether the Defendants have been unjustly enriched by selling adulterated over the counter medicine;

     d.  whether other states consumer protection statutes are the same as the ICFA; and

     e.  whether Plaintiffs and class members have suffered damages.

41.     <u>Adequacy of Representation</u>. Plaintiff will fairly and adequately protect and pursue the interests of the Class members. Plaintiffs understand the nature of the claims herein, has no disqualifying interests, and will vigorously represent the interests of the Class. Plaintiff's counsel, Kenneth T. Goldstein and The Law Office of Kenneth T. Goldstein, PLLC and Spencer Sheehan and Sheehan & Associates, P.C. (as Co-Lead Counsel) additionally have vast complex litigation, tort, consumer class action and litigation experience.

42.     <u>Appropriateness of a Class Action</u>. Class litigation is an appropriate method for the fair and efficient adjudication of the claims involved. Questions of law and/or fact are common to the class, and predominate over any questions affecting only individual members, such that a class action is superior to other available methods for fair and efficient adjudication.

43.     The rights of class members to be sold unadulterated over the counter medicines are common to the entire class.

44.     The Defendant's actions to sell adulterated Maximum Strength Mucus Extended

Release products applies generally to the class.

45.     Further, the cost of the Maximum Strength Mucus Extended Release products are too small to be efficiently or economically pursued by individual class members.

46.     Class certification is appropriate because the prosecution of separate actions by individual members of the class would create a risk of inconsistent or varying standards whether Defendant sells adulterated Maximum Strength Mucus Extended Release products.

47.     Most class members who unfairly purchased adulterated products will be identifiable by the Defendants' and Class members purchase records, such that the Defendants' records will identify the exact number of products sold for every year and the identity of class members.

## COUNT I
## Violation of the Consumer Fraud Act 815 ILCS 505/2
## (Unfair Practice)

48.     Plaintiffs for themselves and the class, repeat and reallege the facts and allegations contained in paragraphs 1 through 47 above, as if fully set forth herein.

49.     At all relevant times, there was in full force and effect in Illinois the Consumer Fraud Act, 815 ILCS 505/1, *et seq.* ("Consumer Fraud Act").

50.     Under the Illinois Consumer Fraud and Deceptive Business Practices Act, any unfair or deceptive act or practice in the conduct of trade or commerce is actionable.  (815 ILCS 505/1, *et seq*.).  The statute expressly prohibits unfair or deceptive acts including concealment of any material fact.

51.     Section 2 of the ICFA, 815 ILCS 505/2 provides in pertinent part:

> Unfair methods of competition and unfair or deceptive acts or practices, including but not limited to the use or employment of any deception, fraud, false pretense, false promise, misrepresentation or the concealment, suppression or omission of any material fact, with intent that others rely upon the concealment, suppression

or omission of such material fact, or the use or employment of any practice described in Section 2 of the "Uniform Deceptive Trade Practices Act", approved August 5, 1965, in the conduct of any trade or commerce are hereby declared unlawful whether any person has in fact been mislead, deceived or damaged thereby. In construing this section consideration shall be given to the interpretations of the Federal Trade Commission and the federal courts relating to Section 5(a) of the Federal Trade Commission Act.

52.     In order to prevail in an action under the ICFA, a plaintiff need not prove competition between the parties or actual confusion or misunderstanding.

53.     This Section does not affect unfair trade practices otherwise actionable at common law or under other statutes of this State.

54.     Section 10(a) of the ICFA, states, in pertinent part:

(a)     Any person who suffers damage as a result of a violation of this Act committed by any other person may bring an action against such person. The court, in its discretion may award actual damages or any other relief which the court deems proper. Proof of public injury, a pattern, or an effect on consumers generally shall not be required...

(c)     Except as provided in subsection (f), (g), and (h) of this Section, in any action brought by a person under this Section, *the Court may grant injunctive relief* provided in this Section, reasonable attorney's fees and costs to the prevailing party. (Emphasis added).

55.     Plaintiffs are consumers under the ICFA, and the Defendants are businesses under the ICFA.

**An Unfair Act or Practice**.

56.     Defendant selling adulterated OTC drugs to consumers who are unaware is an unfair business practice under the ICFA.

57.     Defendant's failure to follow CGMPs is an unfair business practice.

**Violates Illinois Public Policy**

58.     The Defendant violated Illinois public policy  by selling adulterated drugs as

defined by the IL FDCA.

59.     The Defendant sold adulterated drugs because it failed to follow CGMPs.

**Unethical, Oppressive and Unscrupulous**

60.     Further, the Defendants' practice is unethical, oppressive and unscrupulous because the Defendants sold adulterated medicine for its own profit at the expense of the Plaintiffs and class members who had little alternative except to submit to it.

61.     The Defendant is in the best position to know about the safety of the OTC medicines that is sells and omitted from Plaintiff and all other consumers that purchased the products that the Defendant violated the CGMPs and chose to use a cheaper carbomer made with benzene rather than a carbomer that is not made with benzene.

**Substantial Injury**

62.     Finally, the Defendant's conduct caused substantial injury to consumers who paid millions of dollars in the aggregate for unsafe, adulterated Maximum Strength Mucus Extended Release products.

**Occurred in Trade and Commerce**.

63.     CVS's wrongful conduct, as alleged herein, occurred in trade and commerce and caused actual damages to Plaintiff and members of the class.

**Actual Damages.**

64.     Plaintiff and the Class were actually damaged by the Defendant selling adulterated medicine.

65.     Plaintiff and the Class purchased products that are economically worthless because they are adulterated and would not have purchased the product from the Defendant had they known the product was adulterated.

**Proximate Cause.**

11

66.   Plaintiffs' damages, purchasing worthless products unsafe for use, would not have occurred had the Defendant followed CGMPs, Plaintiffs' damages, the full purchase price of the product, are foreseeable.

**COUNT II**
**Unjust Enrichment**

67.   Plaintiffs for themselves and the class, repeat and reallege the facts and allegations contained in paragraphs 1 through 66 above, as if fully set forth herein.

68.   The Defendants have unjustly enriched themselves by selling Plaintiff and the Class adulterated Maximum Strength Mucus Extended Release products that are actually worthless.

69.   The Defendants' retention of the benefits violates the fundamental principles of justice, equity, and good conscience because the Defendants should have not have sold adulterated products under its brand of OTC medicines.

70.   The Defendants are in possession of money that unequivocally belongs to Plaintiff and class members and is retaining it inequitably.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs, on behalf of himself and all others similarly situated, pray for judgment against the Defendants as follows:

a.   Certifying the case to proceed on a class basis, pursuant to Federal Rule of Civil Procedure 23 for the following Class:

All persons and entities that purchased CVSHealth Maximum Strength Mucus Extended Release products in Illinois and states with similar consumer protection statutes during the relevant period.

b.   Appointing Plaintiff Craig Hatfield as Class Representative; and

c.   Appointing Plaintiff's counsel Kenneth T. Goldstein and The Law Office of

Kenneth T. Goldstein, PLLC, as Lead Class Counsel and Spencer Sheehan and Sheehan & Associates, P.C as Co-Lead Counsel.

d.  Award Plaintiffs and class members their actual and compensatory damages, restitution and interest;

e.  Award reasonable attorney's fees;

f.  Award costs; and

g.  Grant such further relief as the Court may deem just and proper.

## JURY DEMAND

The plaintiffs by and through legal counsel hereby demand a jury in this case.

Respectfully submitted,

Plaintiff:

*/s/* Kenneth T. Goldstein
Kenneth T. Goldstein
Matthew G. Norgard
The Law Office of Kenneth T. Goldstein, PLLC
20 North Wacker Drive, Suite 1006
Chicago, Illinois 60606
Tel: (312) 606-0500
Email: ken@krislovlaw.com
          mnorgard@krislovlaw.com

Spencer Sheehan
Sheehan & Associates, P.C.
60 Cuttermill Rd Ste 412
Great Neck, NY 11021
Tel: (516) 268-7080 ext.1007
spencer@spencersheehan.com

# EXHIBIT 1

Exhibit 1

Industries | Health

# Cancer-Causing Benzene Is Used to Make Store-Brand Cold Relief Medicine

Generic versions of Mucinex sold at CVS, Walgreens, Walmart and other US retailers are made with the chemical.



While most shoppers trust that store-brand medicines are just as safe and effective as brand-name ones, that's not always true. *Photographer: Joe Raedle/Getty Images*

By Anna Edney
August 12, 2024 at 5:00 AM CDT

While it may seem like the only difference between extended-release Mucinex and its generic store-brand counterpart is the price tag, the latter potentially exposes users to a deadly cancer-causing chemical.

Millions of Americans who buy the store-brand option at various major US chains are unknowingly choosing a drug that risks containing a potent carcinogen called benzene, according to a Bloomberg analysis of government data. Benzene can cause blood cancers such as leukemia and lymphoma.

global news. Cancel
anytime.

**Claim This Offer**

Both medicines use carbomers to create an extended-release phenomenon
that helps relieve symptoms over a 12-hour period. But while the brand-
name version, sold by the British drugmaker <u>Reckitt Benckiser Group Plc</u>,
uses a carbomer that isn't made with benzene, the generic ones sold as store
brands by CVS, Walmart, Target and Walgreens use a cheaper one made
with the harmful chemical, Bloomberg found.

US regulators have allowed drugmakers to use benzene for decades, even
though international authorities have said they shouldn't. In recent years,
testing has found dangerously high levels of the chemical in some products
in the US, raising concerns. Last year, the US Food and Drug Administration
said the ingredient would be phased out of pharmaceutical use in 2025, a
deadline that has been extended to 2026 following industry complaints.



Enter your email

Signed Up

By continuing, I agree to the <u>Privacy Policy</u> and <u>Terms of Service</u>.

"The FDA is continuously working to ensure that all drugs meet the highest
quality standards with the health and well-being of Americans top of mind,"
Amanda Hils, a spokesperson for the agency, said.

In response to Bloomberg's questions about generic Mucinex having
benzene, CVS Health Corp. said the company would work with its supplier
to replace the ingredient. Walgreens Boots Alliance Inc. said it works with its
suppliers to follow FDA regulations. Walmart Inc., Target Corp. and Rite Aid
Corp. didn't respond to requests for comment.

global news. Cancel
anytime.



An aisle of generic and name-brand cold medicine. *Photographer: Jeff Greenberg/Education Images/Universal Images Group/Getty Images*

The FDA has also been studying drugs sold in gel form that use carbomers. Tablets, like generic Mucinex, are not included in that analysis, Hils said. She didn't offer details on the results of the testing.

Bloomberg's analysis found a few dozen drugs besides generic Mucinex that still contain carbomers made using benzene including Walgreens' version of Anbesol, an oral pain reliever; Walmart's Equate brand face moisturizer with sunscreen; and Rite Aid's version of Bengay muscle rub.

While most shoppers trust that store-brand medicines are just as safe and effective as brand-name ones, that's not always true. Generic drugs of all sorts, from eye drops to cancer treatments, have been linked to factories using unsafe practices, often to cut costs.

When it comes to store-brand generics, the retailer isn't responsible for the quality of the products it sells. Instead, oversight and liability lies with the manufacturer.

global news. Cancel anytime.

Read more: CVS Brand Drug Recalls Expose Long Link to Tainted Factories

In the case of generic Mucinex, the major US chains all source their extended-release mucus-relief medicine from the same New Jersey company, Amneal Pharmaceuticals Inc. The drugmaker didn't respond to requests for comment, including questions about whether it tested its drugs for potential benzene contamination or how it plans to comply with upcoming FDA regulations.

Swapping ingredients is "dramatically costly and dramatically time consuming" because it requires additional testing and another round of FDA approval, said Vivek Dave, an associate professor of pharmaceutical sciences at St. John Fisher University in New York.

Prices for carbomers are not made public and companies that sell them contacted by Bloomberg didn't respond to inquiries. On Amazon, India-based Bangalore Fine Chemicals lists about four ounces of a carbomer made with benzene for $4 less than the one without. Drugmakers buying in bulk would potentially have to pay hundreds of thousands of dollars more for a less risky carbomer.

The inventor of Mucinex says there's no scientific or therapeutic reason to use a carbomer made with benzene. "Clearly, benzene is not viewed fondly," said Jeff Keyser, who's now the chief executive officer of a pharmaceutical startup called Renibus Therapeutics in Texas. "There are other things out there they can use."